■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KARON R. RUSSELL, Appellant. (Appeal No. 2.) [922 NYS2d 218]— Appeal from a judgment of the Monroe County Court (John R. Schwartz, A.J.), rendered December 17, 2007. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree (11 counts), attempted robbery in the first degree, and robbery in the second degree (four counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Centra, Peradotto, Gorski and Martoche, JJ.